IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stuckey, Joyce

Printed: 01/13/09

Case Number: 06 B 13696
Judge: Wedoff, Eugene R
Filed: 10/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,188.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,171.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,684.20 |
| Trustee Fee: |  | 278.95 |
| Other Funds: |  | 54.35 |
| Totals: | 5,188.70 | 5,188.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,684.20 | 2,684.20 |
| 2. | National Capital Management | Unsecured | 397.61 | 54.36 |
| 3. | Educational Credit Management Corp | Unsecured | 1,108.76 | 151.60 |
| 4. | RoundUp Funding LLC | Unsecured | 2,661.15 | 389.19 |
| 5. | Jefferson Capital | Unsecured | 1,356.89 | 185.52 |
| 6. | Capital One | Unsecured | 2,106.05 | 308.00 |
| 7. | Jefferson Capital | Unsecured | 1,160.20 | 158.63 |
| 8. | Capital One | Unsecured | 2,999.07 | 438.37 |
| 9. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 1,328.48 | 181.63 |
| 10. | Resurgent Capital Services | Unsecured | 2,079.17 | 303.90 |
| 11. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 12. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,881.58 | $ 4,855.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 90.56 |
| 5.4% | 111.32 |
| 6.5% | 77.07 |
|  | $ 278.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stuckey, Joyce | Case Number: 06 B 13696 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/13/09 | Filed: 10/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                Marilyn O. Marshall, Trustee, by:

